IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

RAUL MANZANO					CASE NO.	17-11390-LMI
LIA M. MANZANO
							CHAPTER	13

        Debtors.
_____/

**OBJECTION TO CONFIRMATION OF PLAN**

    Creditor, Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-13, objects to Debtors' Plan and states:

    1.    Creditor holds a secured claim by virtue of its note and mortgage on the property located at 2585 SW 108th Avenue, Miami, Florida 33165.

    2.    Creditor is in the process of timely filing a Proof of Claim ("Claim").

    3.    Creditor anticipates its Claim will reflect a total secured claim in the amount of approximately $308,514.15 along with $50,711.80 in pre-petition arrearage.

    4.    Debtors' Plan indicates an intention to mediate through the Loss Mitigation Mediation Program; however, as of the date of this Objection a motion for referral to Loss Mitigation Mediation has not been filed.

    5.    Creditor has the right to inquire further into the Debtors' ability to be eligible for a loan modification either before or during the mediation process.

    6.    If a mediation is had and results in an impasse or denial of the modification, Creditor's claim, when filed, should be paid in full or the property surrendered.

    7.    Moreover, Debtors' Plan should account for impending taxes and insurance during

the pendency of the potential mediation.

8. Creditor reserves the right supplement this Objection, if necessary.

**WHEREFORE**, Creditor respectfully requests the Court sustain its Objection and for such other and further relief as the Court deems appropriate.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served by CM/ECF notice to the parties below this 12th day of April, 2017.

> **BUCKLEY MADOLE, P.C.**
>
> */s/ Austin M. Noel*
> Austin M. Noel, Esquire
> Florida Bar Number 106539
> Buckley Madole, P.C.
> P.O. Box 22408
> Tampa, FL 33622
> Telephone/Fax: 813-774-6221
> bkfl@buckleymadole.com

**VIA CM/ECF NOTICE**
Raul Manzano
Lia M. Manzano
c/o Debtors' Counsel

Ricardo Corona Esq.
3899 NW 7th Street, Second Floor
Miami, FL 33126-5551

Chapter 13 Trustee
Nancy K. Neidich
POB 279806
Miramar, Florida 33027

U.S. Trustee
Office of U.S. Trustee
51 S.W. First Avenue, Ste. 1204
Miami, Florida 33130